3 So.2d 918

### Kenneth CHESSER v. CITY OF ANNISTON.

7 Div. 630.

Court of Appeals of Alabama.
June 30, 1941.

Hugh D. Merrill, Jr., of Anniston, for appellee.

SIMPSON, Judge.
Affirmed.

---

3 So.2d 918

### Jack CHRISTIAN v. STATE.

6 Div. 746.

Court of Appeals of Alabama.
May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

---

5 So.2d 843

### R. L. CHRISTIAN v. STATE.

6 Div. 777.

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

5 So.2d 843

### R. L. CHRISTIAN v. CITY OF TUSCALOOSA.

6 Div. 799.

Court of Appeals of Alabama.
Dec. 16, 1941.

RICE, Judge.
Appeal dismissed.

---

8 So.2d 899

### CITY OF HALEYVILLE v. BRUNSWICK–BALKE–COLLENDER CO.

6 Div. 947.

Court of Appeals of Alabama.
June 9, 1942.

Roy Mayhall, of Haleyville, for appellant.

Arthur Fite, of Jasper, for appellee.

RICE, Judge.
Affirmed.

---

5 So.2d 843

### Roy CLEGG v. STATE.

4 Div. 702.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.